**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7502**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PERCY JOE FISHER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury. William L. Osteen, District Judge. (CR-94-137, CA-96-905-4)

_____

Submitted: February 21, 2002          Decided: March 4, 2002

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Percy Joe Fisher, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Percy Joe Fisher appeals the district court's order denying his motion to reconsider a prior order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Fisher</u> Nos. CR-94-137; CA-96-905-4 (M.D.N.C. filed May 15, 2001 & entered May 16, 2001. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2